1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICHARD ANTHONY ORTIZ,

                Plaintiff,

        vs.

UNITED STATES OF AMERICA,

                Defendant.

NO.  C15-863RSL

ORDER OF REFERENCE

       The Court hereby refers to United States Magistrate Judge James P. Donohue, Plaintiff's, "Motion to Appoint Counsel", Dkt. # 6, pending before this Court.

       DATED this 17th day of July, 2015.

*MfS Caswik*

Robert S. Lasnik
United States District Judge

ORDER OF REFERENCE-1